LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-05167 BRO (MANx) | Date | October 29, 2013 |
|---|---|---|---|
| Title | Anhing Corporation v. Thuan Phong Company Limited et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | | |
|---|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (filed 10/03/2013) [8]**

Plaintiff Anhing Corporation filed a Motion for Preliminary Injunction on October 3, 2013, which is set for hearing on November 4, 2013. The Court has not received Defendant's Opposition to the motion. Defendant's opposition was due October 14, 2013.

Defendant is ORDERED to show cause why the Motion for Preliminary Injunction should not be granted. Plaintiff must respond to this order no later than noon on Thursday, October 31, 2013.

Failure to file a response risks granting of the motion.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |