LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
AMENDED AND CORRECTED
## CIVIL MINUTES—GENERAL

| Case No. | CV 13-5167-BRO (MANx) | Date | October 30, 2013 |
|---|---|---|---|
| Title | Anhing Corporation v. Thuan Phong Company Limited et al | | |

**Present: The Honorable** BEVERLY REID O'CONNELL, United States District Judge

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (filed 10/25/2013); _**

Plaintiff Anhing Corporation filed a Motion for Preliminary Injunction on October 3, 2013, which is set for hearing on November 4, 2013. The Court has not received Defendants Opposition to the motion. Defendants opposition was due October 14, 2013.

Defendant is ORDERED to show cause why the Motion for Preliminary Injunction should not be granted. Defendant must respond to this order no later than noon on Friday, November 1, 2013.

Failure to file a response is the granting of the motion. Plaintiff is ORDERED to serve a copy of this Minute Order on defendant no later than Thursday, October 31, 2013 and file the Proof of Service.

**IT IS SO ORDERED.**

|  | Initial of Preparer | rf |
|---|---|---|