LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 13-05167 BRO (MANx) | Date | September 26, 2014 |
|---|---|---|---|
| Title | ANHING CORPORATION V. THUAN PHONG COMPANY LIMITED ET AL. | | |

Present: The Honorable    **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                                           Not Present

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: SANCTIONS

On July 29, 2014, the Court granted the Parties' stipulation to continue the trial and pretrial dates. (Dkt. No. 76.) Pursuant to this stipulation, the last date for hearing motions in this matter, including motions for summary judgment, was set for October 20, 2014. (Dkt. No. 76 at 2.) This Court's Standing Order requires that "[a] motion under Rule 56 must be filed at least forty-nine (49) days prior to the date on which the motion is noticed for hearing." (Standing Order Regarding Newly Assigned Cases ¶ 8(c), *available at* http://court.cacd.uscourts.gov/cacd/JudgeReq.nsf/f6beb3edf125e6e788257272006231a2/e7f9811d815316c188257b5200513ab5/$FILE/Standing%20Order.pdf.) Any party wishing to file a motion for summary judgment in this matter was therefore required to do so by Monday, September 1, 2014.

Despite the Court's clear instructions, Defendant filed a motion for summary judgment on September 8, 2014, noticing the hearing for October 6, 2014. (Dkt. No. 81.) Defendant is therefore **ORDERED TO SHOW CAUSE** why the Court should not sanction Defendant for failing to comply with its Standing Order. Defendant's response to this order to show cause must be filed **no later than Monday, September 29, 2014, at 9:00 a.m.** An appropriate response to this order will include reasons demonstrating good cause for Defendant's failure to comply with this Court's Standing Order.

**IT IS SO ORDERED.**                                                          :

                                                         Initials of Preparer        rf