LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-05167 BRO (MANx) | Date | February 20, 2015 |
|---|---|---|---|
| Title | ANHING CORPORATION V. THUAN PHONG COMPANY LIMITED ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: JURY INSTRUCTIONS

On December 18, 2014, following Defendant Thuan Phong's appointment of new counsel, the Court issued an amended civil jury trial order. (Dkt. No. 199.) Pursuant to this order, the parties were to file a joint statement regarding any disputed jury instructions no later than February 9, 2015, in preparation for the Court's March 2, 2015 hearing. (Dkt. No. 199 at 14.) To date, the parties have not filed any instructions.[1] Accordingly, the parties are hereby **ORDERED** to meet and confer and to file a joint statement regarding any disputed proposed jury instructions by no later than **Wednesday, February 25, at 4 p.m.** The joint statement should include both parties' proposed instructions, as well as the opposing parties' arguments in opposition, as set forth in the Court's amended civil jury trial order. (*See* Dkt. No. 199 at 6–8.)

|  | : |
|---|---|
| **IT IS SO ORDERED.** | |
| | Initials of Preparer   rf |

---

[1] The only proposed instructions filed are those filed by Plaintiff Anhing Corporation before Defendant's prior counsel withdrew. (Dkt. No. 189.)