# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHING CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUAN PHONG COMPANY LIMITED, and DOES 1-10,<br><br>Defendants. | Case No. CV13-05167 BRO (MANx)<br>Assigned to Hon. Beverly Reid O'Connell<br><br>JUDGMENT ON THE VERDICT FOR THE PLAINTIFF<br><br>Trial Date: April 28, 2015 – May 5, 2015<br>Courtroom: 14 (Spring Street) |

JUDGMENT REGARDING JURY VERDICT

1

1  A trial before a jury was held on April 28, 2015 through May 5, 2015 in the
2  above-captioned matter. Plaintiff Anhing Corporation ("Anhing") and Defendant
3  Thuan Phong Company Limited ("Thuan Phong") were both represented by counsel.
4  On May 5, 2015, the jury returned a verdict in favor of Anhing, finding willful
5  trademark infringement by Thuan Phong of Anhing's regsistered "MY-THO" mark.
6  The jury awarded actual damages to Anhing of $10,000.00 and also found Anhing
7  entitled to $8,690.52 of Thuan Phong's profits.
8  Accordingly, it is hereby ORDERED AND ADJUDGED that the Plaintiff
9  Anhing Corporation recover of the defendant Thuan Phong Company Limited the sum
10  of $18,690.52.
11  IT IS FURTHER ORDERED that Anhing Corporation is entitled to recover its
12  costs.  Post-judgment interest will accrue at the rate of 0.41% per annum.

**IT IS HEREBY ORDERED**

Dated: October 8, 2015      _____
                              HONORABLE BEVERLY REID O'CONNELL
                              UNITED STATES DISTRICT COURT JUDGE

JUDGMENT REGARDING JURY VERDICT