# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHING CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUAN PHONG COMPANY LIMITED, and DOES 1-10,<br><br>Defendants. | Case No. CV13-05167 BRO (MANx)<br><br>**THIRD AMENDED ORDER OF PERMANENT INJUNCTION** |

IT IS HEREBY ORDERED as follows:

1. Defendant Thuan Phong Company, Ltd. and its officers, agents, servants, employees, attorneys, and anyone in active concert or participation therewith, are hereby permanently enjoined from using the words "MỸ THO" in a manner likely to cause confusion with Plaintiff's "MY-THO" mark. Use of the words "MỸ THO" in the same or a similar manner as shown in Exhibit A attached hereto shall be considered likely to cause confusion with Plaintiff's "MY-THO" mark.

2. Defendant Thuan Phong Company, Ltd. shall immediately cease exporting to the United States infringing products bearing the words "MỸ THO" in the same or a similar manner as shown in Exhibit A attached hereto. All such shipments since May 1, 2015 shall be identified by bill of lading, importer, and customs agent.

3. By May 1, 2016, Defendant Thuan Phong Company, Ltd. shall destroy or export out of the United States all packaging in the United States bearing the words "MỸ THO" in the same or a similar manner as shown in Exhibit A attached hereto. Proof of destruction or bills of lading shall be produced by Defendant Thuan Phong Company, Ltd. upon Plaintiff or the Court's request.

4. Defendant Thuan Phong Company, Ltd. shall be permitted to use the words "MỸ THO" as a location designator to indicate the place of production or manufacture of Defendant Thuan Phong Company, Ltd.'s goods. The text of the location designation shall state, in Vietnamese, "Product made in Mỹ Tho, Vietnam" or "Produced in Mỹ Tho, Vietnam." The size of the text shall not exceed the size of the letters "TUFOCO" in Defendant's blue "TUFOCO" logo design. If the location designator appears on the front of Defendant's packaging, the statement shall not be placed at the top of the packaging above Defendant's blue "TUFOCO" logo and three bamboo trees.

5. Defendant Thuan Phong Company, Ltd. shall immediately notify its distributors and customers in writing that it is not associated with, affiliated with,

1 sponsored by, or otherwise related to Anhing Corporation. The written notice shall include a copy of the final permanent injunction issued by this Court.

6. Defendant Thuan Phong Company, Ltd. shall immediately notify its wholesalers in writing that they must discontinue sales of Defendant Thuan Phong Company, Ltd.'s infringing products by no later than February 1, 2016. Defendant Thuan Phong Company, Ltd. shall also immediately notify its retailers in writing that they must discontinue sales of Defendant Thuan Phong Company, Ltd.'s infringing products by no later than May 1, 2016.

7. By December 1, 2015, Defendant Thuan Phong Company, Ltd. shall file with this Court and serve Plaintiff with a written report certifying, under oath, the manner and form in which Defendant has complied with each provision of the final permanent injunction issued by this Court.

DATED: 10/26/2015

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

# Exhibit A



Exhibit 1-1



Exhibit 2-1



Exhibit 3-1



Exhibit 4-1



Exhibit 5-1