LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 13-05167-BRO (MANx) | Date | November 14, 2016 |
|---|---|---|---|
| Title | ANHING CORPORATION V. THUAN PHONG COMPANY LIMITED ET AL. | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Petitioners:   Attorneys Present for Respondents:
Not Present   Not Present

**Proceedings:**   (IN CHAMBERS)

### ORDER RE FAILURE TO OPPOSE
### PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF OBLIGATION AND ORDER FOR DISBURSEMENT OF DEPOSIT [441]

Pending before the Court is Plaintiff Anhing Corporation's ("Plaintiff") Motion for Summary Adjudication of Obligation and Order for Disbursement of Deposit.  (Dkt. No. 441.)  Petitioner filed its Motion on October 21, 2016, noticing a hearing date of November 21, 2016.  (*Id.*)  Under this Court's Local Rules, a party must oppose a motion (or file a notice of non-opposition) at least twenty-one (21) days prior to the scheduled hearing date.  *See* C.D. Cal. L.R. 7-9.[1]  Accordingly, Defendant Thuan Phong Co.'s ("Defendant") Opposition was due no later than October 31, 2016.  *See id.*  As of today's date, Defendant has not responded to Plaintiff's Motion.  Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion."  *See* C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why it failed to timely oppose Plaintiff's Motion.  Both (1) Defendant's Response to this Order and (2) Defendant's Opposition, if any, to the Motion shall be filed by **no later than Thursday, November 17, 2016, at 4:00 p.m.**  Defendant's failure to respond to this Order or to file an Opposition by the given deadline may result in the granting of Plaintiff's Motion.

**IT IS SO ORDERED.**                                                                                                          :

                                                                                      Initials of Preparer          rf

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.